IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE A. OLIVO-NOBLE,** | : | Civil No. 1:19-cv-0847 |
| Petitioner, | : | |
| v. | : | |
| **JOHN E. WETZEL, et al.,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a report and recommendation of the magistrate judge (Doc. 7) in which she recommends that the court dismiss Petitioner's habeas corpus petition without prejudice based on Petitioner's election to withdraw his petition so that he could file one all-inclusive petition under 28 U.S.C. § 2254. (Doc. 5.) Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 7) is **ADOPTED**.

2) The petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court is directed to close this case.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: July 12, 2019